BEFORE THE SECOND DIVISION, OCTOBER 20, 1966

**No. P66/284.**—Hancock Gross Mfg., Inc. *v.* United States, protests 63/18774 and 63/19444 (Philadelphia).

**No. P66/285.**—Hancock Gross Mfg., Inc., and Banner Hardware *v.* United States, protests 65/522 and 64/12275 (Philadelphia).

**No. P66/286.**—Durst Industries, Inc., et al. *v.* United States, protests 65/7229, etc. (New York).

**No. P66/287.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 65/24799, etc. (Los Angeles).

RAO, C.J.   In accordance with stipulation of council that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 24, 1966

**No. P66/288.**—M. Hohner, Inc. *v.* United States, protests 64/22197 and 64/22209 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.